IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR105 |
| | ) | |
| vs. | ) | |
| | ) | |
| DANELLE CHARF, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion to Continue Trial [44]. A necessary witness in this case is unavailable to testify the week of February 6, 2023, due to being subpoenaed to testify in another state. The defendant, Danelle Charf does not oppose a continuance and the parties have conferred with the court regarding a new trial date. For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [44] is granted, as follows:

1. The jury trial now set for February 6, 2023, is continued to **May 8, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 8, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would be likely to make a continuation of this matter impossible, or result in a miscarriage of justice, and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(i),(iv).

**DATED:** January 17, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**