IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>DANELLE CHARF,<br><br>    Defendant. | 8:22CR105<br><br>ORDER |

  This matter is before the Court on the defendant's Motion to Deposit Funds (Filing No. 88). The defendant requests permission from the Court to deposit, prior to sentencing, $150,000 as a good faith deposit toward restitution. The parties have filed a Stipulation to Deposit Funds (Filing No 89) wherein the government has indicated its consent. Accordingly,

IT IS ORDERED:

1. The defendant's Motion to Deposit Funds (Filing No. 88) is granted.
2. The Clerk of Court is directed to receive the funds.
3. The funds shall be held until the Court's judgment has been issued. The funds shall constitute a good faith deposit toward payment of restitution and shall be used for restitution purposes to the extent so directed in the court's final sentencing judgment.

Dated this 16th day of November 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge